IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| LEE ESPERSON, and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | No. 2:10-cv-02130-STA-cgc |
| TRUGREEN LIMITED PARTNERSHIP ) and TRUGREEN, INC., ) ) | |
| Defendants. ) | |

_____

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
_____

Before the Court is Defendants Trugreen Limited Partnership and Trugreen, Inc.'s Motion to Transfer Venue (D.E. # 26 ), filed on May 21, 2010.  The Magistrate Judge recommended that Defendants' Motion to Transfer be granted.  (D.E. # 84.)  Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation within the time permitted.  Having reviewed the Magistrate Judge's Report and Recommendation de novo and the entire record of the proceeding, the Court hereby ADOPTS the Magistrate Judge's report.

                                                s/ S. Thomas Anderson
                                                S. THOMAS ANDERSON
                                                UNITED STATES DISTRICT JUDGE

                                                Date: October 27th, 2010.